# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2006

130064

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ARTHUR Y. LISS and BEVERLY LISS,
      Plaintiffs/Counter Defendants/
      Appellees,

v

                               SC: 130064
                               COA: 266326
                               Oakland CC: 03-046587-CK

LEWISTON-RICHARDS, INC.,
and JASON P. LEWISTON,
      Defendants/Counter Plaintiffs/
      Appellants.

_____/

      On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is GRANTED. We further ORDER that this case be argued and submitted to the Court together with the case of *Hartman & Eichhorn Bldg Co v Dailey* (Docket No. 129733), at such future session of the Court as both cases are ready for submission.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2006                               _____
                                                  Clerk

l0427